

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-20-2014

# In Re: Imani Abdus-Sabir

Precedential or Non-Precedential: Non-Precedential

Docket No. 14-2058

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"In Re: Imani Abdus-Sabir" (2014). *2014 Decisions*. Paper 611.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/611

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

DLD-276                                                                NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-2058
_____

IN RE:  IMANI ABDUS-SABIR,
                                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.C. Civil Action No. 13-cv-04773)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
June 12, 2014

Before:  SMITH, HARDIMAN and NYGAARD, <u>Circuit</u> <u>Judges</u>

(Opinion filed:  June 20, 2014)
_____

OPINION
_____

PER CURIAM

        Petitioner Imani Abdus-Sabir filed in this Court a petition for writ of mandamus

pursuant to 28 U.S.C. § 1651, seeking an order that the United States District Court of

New Jersey be compelled to rule on his motions for the appointment of counsel and for

leave to proceed *in forma pauperis*.  He then filed a similar petition in the District Court,

along with a renewed application to proceed *in forma pauperis*.  Subsequently, by order

entered on June 9, 2014, the District Court ruled on the motion for the appointment of

counsel and the renewed application to proceed *in forma pauperis*. Accordingly, we will

deny Abdus-Sabir's mandamus petition as moot. See Blanciak v. Allegheny Ludlum

Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).[1]

---

[1] The District Court denied the application to proceed *in forma pauperis* on the ground that a portion of the renewed application was illegible. Because the District Court's dismissal of Abdus-Sabir's complaint was without prejudice, he is not precluded from pursuing his case there by once again filing a complaint accompanied by a legible version of the documents required by 28 U.S.C. § 1915(a)(2).